UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KYUNG WON SUH,

                      Plaintiff,

-against-

JO ANNE B. BARNHART,
Commissioner of Social Security,

                      Defendant.
-----------------------------------------------------------------X

JUDGMENT
05-CV- 0177 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ June 28 2005 ★

BROOKLYN OFFICE

      An Order of Honorable John Gleeson, United States District Judge, having been filed on June 21, 2005, reversing the decision of the Commissioner, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and remanding plaintiff's claim for further administrative proceedings, including, but not limited to, a new decision on the issue of whether plaintiff is disabled; it is

      ORDERED and ADJUDGED that the decision of the Commissioner is reversed, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and that plaintiff's claim is remanded for further administrative proceedings, including, but not limited, to a new decision on the issue of whether plaintiff is disabled.

Dated: Brooklyn, New York
       June 22, 2005

                                                s/Robert C. Heinemann
                                                ROBERT C. HEINEMANN
                                                Clerk of Court